

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                      CR NO.  1:05-10033-03-T

HANK BUSSEY


ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 11, 2005,   Assistant  U. S. Attorney,

Jerry Kitchen,  appearing for the government,  and the defendant appeared in person and with

counsel, Clayton Mayo, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered

and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Monday, January 9 ,   2006 at 8:45**

**A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _12 October 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10 14 05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Clayton F. Mayo
THE MAYO LAW FIRM
P.O. Box 7505
Jackson, TN 38302--750

Honorable James Todd
US DISTRICT COURT